UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-4753

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHN B. KOTMAIR, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (CR-98-342-CCB)

Submitted: February 26, 1999          Decided: March 19, 1999

Before WIDENER and LUTTIG, Circuit Judges, and HALL, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John B. Kotmair, Jr., Appellant Pro Se. Lynne Ann Battaglia, United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John B. Kotmair, Jr., appeals the district court's order remanding his action to state court pursuant to 28 U.S.C. § 1447(c) (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Kotmair, No. CR-98-342-CCB (D. Md. Oct. 8, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2